IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00064-CV

 

In the
Matter of E.T.U., a Juvenile

 

 

 



From the County Court at Law

Walker County, Texas

Trial Court No. J05-05

 



MEMORANDUM  OpinioN[1]



 

          E.T.U. was adjudicated delinquent and
committed to the Texas Youth Commission on January 13, 2006.  He did not make
any requests that would extend the time to file a notice of appeal; therefore,
his notice of appeal was due February 12, 2006.  Tex. R. App. P. 26.1.  E.T.U. filed a notice of appeal on
March 3, 2006, 19 days late.  

          The Clerk of this Court warned E.T.U.
that because the notice of appeal appeared untimely, the Court may dismiss the
appeal unless a response was filed showing grounds for continuing the appeal. 
E.T.U. has not filed a response.

 

          This appeal is dismissed.  Tex. R. App. P. 42.3(a), 44.3.

 

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed April 19, 2006

[CV06]









[1]   Absent
a specific exemption, the Clerk of the Court must collect filing fees at the
time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to
TEX. R. APP. P., Order Regarding Fees (July 21, 1998).  See also TEX. R.
APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 6; TEX. GOV’T CODE ANN. §§ 51.207(b)
and 51.901 (Vernon Supp. 2004-2005).  Under these circumstances, we suspend the
rule and order the Clerk to write off all unpaid filing fees in this case. 
TEX. R. APP. P. 2.